UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHAROLETTE MARIE DARNELL,

Plaintiff,

vs.                                                              Case No. 8:04-CV-874-T-27EAJ

REPUBLIC SERVICES OF FLORIDA
LIMITED PARTNERSHIP, d/b/a
FLORIDA REFUSE SERVICES, INC.,

Defendant.
_____/

## ORDER DISMISSING CASE

**BEFORE THE COURT** is Defendant's Motion to Dismiss (Dkt. 27), to which Plaintiff has not responded. Defendant's motion is GRANTED. This case is dismissed for failure of Plaintiff to appear for deposition and otherwise prosecute this case. The Clerk is directed to close this case.

**DONE AND ORDERED** in chambers this 27th day of January, 2005.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Plaintiff, 2709 Highlands Vue Parkway, Lakeland, Florida 33813 pro se
Counsel of Record